PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☑ Other than Juvenile
☐ Pre-Indictment Plea ☑ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Elizabeth Nemeth
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Maria M. Carboni

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Special Agent James Ollinger, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
18-118 MAG

Place of offense: Orleans Parish   County: Orleans

CASE NO. 18-204 "A"

USA vs.
Defendant: KENDALL BARNES
Address: In Custody of USMS

☐ Interpreter Required   Dialect: _____

Birth Date: 1996   ☑ Male ☐ Female   ☐ Alien (if applicable)

Social Security Number: xxx-xx-1925

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
 ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 6  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC Sections 924(o) | Conspiracy to Possess Firearms in Furtherance of Drug Trafficking | 1 |
| 4 | 21 USC Sections 841(a)(1), (b)(1)(C), 846 | Conspiracy to Distribute Heroin | 2 |
| 4 | 18 USC Sections 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | 3 |
| 4 | 21 USC Sections 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Heroin | 4 |
| 4 | 18 USC Sections 924(c)(1)(A) and 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of Drug Trafficking | 5 |
| | 18 USC Sections 1503(a), (2) | Obstruction of Justice | 6 |