PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added
☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA    EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Elizabeth Nemeth
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Maria M. Carboni

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** Special Agent James Ollinger, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

**Place of offense:** Orleans Parish    **County** Orleans

---

**CASE NO.** 18-204 "A"

**USA vs.**
**Defendant:** DERRICK GROVES, a/k/a "Woo"
**Address:** In Custody of USMS

☐ Interpreter Required    Dialect: ____

**Birth Date:** 1997
☑ Male  ☐ Female  ☐ Alien (if applicable)

**Social Security Number** xxx-xx-7320

### DEFENDANT

**Issue:** ☐ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____
☑ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Joseph P. Raspanti
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 7    (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC Sections 924(o) | Conspiracy to Possess Firearms in Furtherance of Drug Trafficking | 1 |
| 4 | 21 USC Sections 841(a)(1), (b)(1)(C), 846 | Conspiracy to Distribute Heroin | 2 |
| 4 | 18 USC Sections 1503(a), and 2 | Obstruction of Justice | 6 |
| 4 | 21 USC Sections 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Heroin | 7, 9 |
| 4 | 18 USC Sections 924(c)(1)(A) and 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of Drug Trafficking | 8, 10 |