UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 18-204 |
| --- | --- | --- |
| | * | |
| VERSUS | * | SECTION: "T" |
| | * | |
| KENDALL BARNES | * | |

_____

**ORDER**

_____

Considering the foregoing Motion to Continue the Trial and the Re-arraignment filed by the Defendant Kendall Barnes and the reasons set forth therein,

**THE COURT SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in

a speedy trial.

**THE COURT FURTHER SPECIFICALLY FINDS** that, pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(I), the failure to grant the requested continuance in this case could result in a miscarriage of justice.

**ACCORDINGLY**, it is hereby **ORDERED** that the trial in this matter is continued from December 2, 2019 until the _____ day of _____, 2020 at _____ a.m., and the pre-trial conference is re-set on the _____ day of _____, 2020, at _____ ___.m.  In accordance with the provisions of Title 18, United States Code, Section 3161, this Court finds that the period of delay resulting from the granting of this continuance should be excluded under the provisions of the Speedy Trial Act.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
HONORABLE GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE