# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| | * | |
| v. | * | NUMBER 18-204 |
| | * | |
| DERRICK GROVES | * | SECTION: "T" |
| | * | |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO UNSEAL HEARING(S) FOR PURPOSES OF TRANSCRIPTION

NOW COMES Derrick Groves, through counsel, and respectfully submits the following Memorandum of Law.

Mr. Groves filed his Notice of Appeal on November 4, 2021. R. Doc. 248. The Fifth Circuit Court of Appeals appointed undersigned counsel to represent Mr. Groves on appeal.

Mr. Groves must ensure that a transcript of all proceedings necessary to his appeal be filed in the court of appeals. Fed. R. App. Proc 10(b)(1). Toward that end, he requests that any and all sealed proceedings be unsealed, transcribed, and resealed. Additionally, he requests that the transcript(s) of any proceedings be filed in this Court and the Fifth Circuit Court of Appeals under seal.

Respectfully submitted,

*/s/ Sarah L. Ottinger*
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
2563 Bayou Road, 2d Floor
New Orleans, LA 70119
(504) 258-6537
sottinger1010@gmail.com

Counsel for Derrick Groves

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 14th day of February, 2022.

                                              */s/ Sarah Ottinger*
                                              Sarah Ottinger