UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 18-204** |
| v. | * | **SECTION: "T"** |
| **DERRICK GROVES** | * | |
| | * | |

\* \* \*

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM
### FOR COPY OF TRANSCRIPT

**NOW INTO COURT**, comes the United States of America, appearing herein through the undersigned Assistant United States Attorney and moves this Honorable Court to allow the court reporter or Clerk's Office to provide the undersigned with a copy of the sealed transcript of a hearing held before Chief Magistrate Judge Roby in the above-captioned matter in October 2021 (Rec. Doc. 270).

The undersigned was the attorney of record for the instant case. The undersigned was present at the aforementioned sealed hearing. This hearing was transcribed and provided to the defense because Defendant Groves filed a Notice of Appeal. (He later dismissed his appeal.) The Government has not received a copy. The Government would like a copy of the transcript because it may be relevant to an unrelated matter. The Government will not disclose the sealed transcript to third parties without leave of Court.

Defendant Groves no longer has an attorney with whom to consult, as his case is closed.

**WHEREFORE**, the Government respectfully requests that the Government be permitted to obtain a copy of the transcript at Record Document 270.

Respectfully Submitted,

MICHAEL SIMPSON
ACTING UNITED STATES ATTORNEY


*/s/ Maria Carboni*
MARIA CARBONI
Assistant United States Attorney
United States Attorney's Office,
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: (504) 680-3000
Email: maria.carboni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of this motion to Derrick Groves, Orleans Justice Center, 2800 Perdido St., New Orleans, LA 70119, this 19th day of February 2025.

*/s/ Maria Carboni*
MARIA CARBONI
Assistant United States Attorney